■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PERCY D. WEST, Appellant. [696 NYS2d 703] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 14, 1997 (*People v West,* 243 AD2d 590), affirming a judgment of the Supreme Court, Kings County, rendered May 18, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID RIVERA, Appellant, v ERNEST EDWARDS et al., Respondents. [696 NYS2d 702] —In a habeas corpus proceeding, the petitioner appeals, as limited by his brief, from so much of a judgment of the Supreme court, Orange County (Owen, J.), dated October 9, 1998, as denied his application for the issuance of a writ.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

While the instant appeal was pending, the petitioner was released from Otisville Correctional Facility. Accordingly, the petitioner's habeas corpus proceeding challenging the legality of his detention must be dismissed as academic (*see, People ex rel. DeFlumer v Strack,* 85 NY2d 966; *People ex rel. Alexander S. v Bennett,* 251 AD2d 690; *People ex rel. Jose S. v Bennett,* 251 AD2d 689). Thompson, J. P., Sullivan, Altman and Feuerstein, JJ., concur.